# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DETRICK D. CROSTON**
**ADC #131172**                                                          **PLAINTIFF**

**v.**                                **No. 4:24-cv-1070-DPM**

**TRAEH NIPPS, Detention**
**Officer/Transportation, Faulkner County**
**Detention Center (FCDC);  TRINITY**
**ROBINSON, Detention Officer/Booking**
**Officer, FCDC;  D'KIMEON HODGE, SR.,**
**Detention Officer/Booking Officer, FCDC;**
**and EMILY BRYANT, Detention**
**Officer/Booking Officer, FCDC**                          **DEFENDANTS**

## ORDER

Unopposed recommendation, *Doc. 50*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Motion for summary judgment, *Doc. 37*, granted.  Croston's failure-to-protect claims against Nipps, Robinson, Hodge, and Bryant are dismissed with prejudice.  His inadequate medical care claims against Nipps and Hodge are dismissed with prejudice.  Any *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

–2–

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_14 May 2026_