# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DETRICK D. CROSTON
ADC #131172                                             PLAINTIFF

v.                              No. 4:24-cv-1070-DPM

USSERY, Sergeant, Faulkner County
Detention Center (FCDC), Unit 1;
TRAEH NIPPS, Detention
Officer/Transportation, FCDC;
TRINITY ROBINSON, Detention
Officer/Booking Officer, FCDC;
D'KIMEON HODGE, SR., Detention
Officer/Booking Officer, FCDC;
EMILY BRYANT, Detention
Officer/Booking Officer, FCDC;
BROWN, Detention Officer/Booking
Officer, FCDC;  WADE, Detention
Officer/Booking Officer, FCDC;
LOVELACE, Booking Sergeant, FCDC
Unit 2;  CLARK, Detention
Officer/Booking Officer, FCDC;
TIM RYALS, Sheriff, Faulkner County;
and DOE, Jail Administrator, FCDC,
Unit 1                                                  DEFENDANTS

## JUDGMENT

Croston's official capacity claims are dismissed without prejudice.

All of his claims against Ussery, Brown, Wade, Lovelace, Clark, Ryals,

and Doe are dismissed without prejudice.  Croston's claims against Nipps, Robinson, Hodge, and Bryant are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2026